# FINANCIAL DISCLOSURE REPORT
# FOR CALENDAR YEAR 2019

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| O'Toole, George A. | U.S. District Court | 05/15/2020 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| District Judge (Senior) | ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☐ Amended Report | 01/01/2019 **to** 12/31/2019 |

**7. Chambers or Office Address**

John Joseph Moakley United States Courthouse
1 Courthouse Way, Suite 7-130
Boston, MA 02210

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions )*

☐   NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1.   Trustee | Trust #1 |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions )*

☑   NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions )*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2019 | Contract employee, Massachusetts Department of Public Health |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS *-- transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | New York Intellectual Property Law Association | 3/22/2019-3/23/2019 | New York, New York | Bar Association Meeting | Travel, food, and lodging |
| 2. | George Mason University Law and Economics Center | 4/14/19-4/16/19 | Arlington., Virginia | Educational conference | Travel, food, and lodging |
| 3. | James Wilson Institute | 11/1/2019-11/2/2019 | Washington, D.C. | Academic seminar | Travel, food, and lodging |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **O'Toole, George A.** | 05/15/2020 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔  NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☐  NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Morgan Stanley Bank | Line of Credit | K |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| **O'Toole, George A.** | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 1. Abbott Labs | | None | J | T | Buy | 10/24/19 | J | | |
| 2. | | | | | Buy | 10/25/19 | J | | |
| 3. | | | | | Buy<br>(add'l) | 10/28/19 | J | | |
| 4. Accenture PLC Ireland Cl A | A | Dividend | K | T | Sold<br>(part) | 05/02/19 | J | A | |
| 5. Adobe Systems | | None | J | T | Sold<br>(part) | 05/02/19 | J | A | |
| 6. Align Technology | | None | J | T | Buy<br>(add'l) | 02/28/19 | J | | |
| 7. Allergan | A | Dividend | J | T | Buy<br>(add'l) | 01/18/19 | J | | |
| 8. | | | | | Buy<br>(add'l) | 01/22/19 | J | | |
| 9. | | | | | Buy<br>(add'l) | 03/22/19 | J | | |
| 10. | | | | | Sold<br>(part) | 10/01/19 | J | | |
| 11. Alphabet Inc. Cl A | | None | J | T | Sold<br>(part) | 05/02/19 | J | A | |
| 12. Alphabet Inc. Cl C | | None | K | T | Sold<br>(part) | 05/02/19 | J | A | |
| 13. Altria Group | A | Dividend | J | T | | | | | |
| 14. AMC Networks | | None | J | T | Buy<br>(add'l) | 12/13/19 | J | | |
| 15. | | | | | Sold<br>(part) | 12/31/19 | J | | |
| 16. American Cap World Gr & Inc F2 | A | Dividend | J | T | | | | | |
| 17. Anadarko Petroleum | A | Dividend | | | Redeemed | 08/09/19 | J | A | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. American Express | A | Dividend | J | T | Buy | 08/14/19 | J | | |
| 19. Anthem Inc. | A | Dividend | J | T | Buy | 11/08/19 | J | | |
| 20. | | | | | Buy (add'l) | 12/12/19 | J | | |
| 21. Apple | A | Dividend | J | T | Buy (add'l) | 01/22/19 | J | | |
| 22. AT&T | A | Dividend | J | T | Buy (add'l) | 01/18/19 | J | | |
| 23. | | | | | Buy (add'l) | 05/09/19 | J | | |
| 24. | | | | | Buy (add'l) | 05/17/19 | J | | |
| 25. Autodesk Inc. | | None | J | T | | | | | |
| 26. Automatic Data Processing | A | Dividend | K | T | Sold (part) | 01/15/19 | J | B | |
| 27. | | | | | Sold (part) | 01/16/19 | J | A | |
| 28. | | | | | Sold (part) | 05/16/19 | J | B | |
| 29. Bank of America deposit accounts | A | Interest | J | T | | | | | |
| 30. Becton Dickinson | A | Dividend | J | T | Buy (add'l) | 05/17/19 | J | | |
| 31. | | | | | Buy (add'l) | 06/10/19 | J | | |
| 32. Berkshire Hathaway Cl B | | None | J | T | Buy (add'l) | 01/22/19 | J | | |
| 33. | | | | | Buy (add'l) | 09/04/19 | J | | |
| 34. Biogen | | None | J | T | Buy (add'l) | 01/22/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. | | | | | Buy (add'l) | 06/11/19 | J | | |
| 36. | | | | | Buy (add'l) | 06/25/19 | J | | |
| 37. | | | | | Sold (part) | 12/31/19 | J | | |
| 38.  Blackrock Inc. | A | Dividend | J | T | Buy (add'l) | 01/22/19 | J | | |
| 39. | | | | | Sold (part) | 08/14/19 | J | A | |
| 40.  Blackrock High Yield Fund | A | Dividend | J | T | Buy (add'l) | 06/11/19 | J | | |
| 41. | | | | | Buy (add'l) | 12/13/19 | J | | |
| 42.  Blackrock Low Dur Bd Inv Inst | B | Dividend | L | T | Buy (add'l) | 05/09/19 | J | | |
| 43. | | | | | Buy (add'l) | 12/12/19 | J | | |
| 44. | | | | | Buy (add'l) | 12/18/19 | J | | |
| 45. | | | | | Sold (part) | 03/15/19 | J | | |
| 46.  Blackrock Multi-Asset | A | Dividend | J | T | Buy (add'l) | 05/09/19 | J | | |
| 47. | | | | | Buy (add'l) | 12/18/19 | J | | |
| 48. | | | | | Sold (part) | 03/15/19 | J | | |
| 49.  Booking Holdings, Inc. | A | Dividend | J | T | | | | | |
| 50.  Broadcom | A | Dividend | J | T | Buy (add'l) | 06/14/19 | J | | |
| 51.  Calamos Market Neutral Inc I | A | Dividend | L | T | Buy (add'l) | 12/12/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Carnival CP New Paired | A | Dividend | J | T | Buy (add'l) | 01/22/19 | J | | |
| 53. | | | | | Buy (add'l) | 03/22/19 | J | | |
| 54. | | | | | Buy (add'l) | 05/17/19 | J | | |
| 55. | | | | | Buy (add'l) | 12/12/19 | J | | |
| 56. | | | | | Sold (part) | 10/22/19 | J | | |
| 57. | | | | | Sold (part) | 10/23/19 | J | | |
| 58. | | | | | Sold (part) | 12/31/19 | J | | |
| 59. Center Coast MLP Focus | C | Dividend | K | T | Buy (add'l) | 05/09/19 | J | | |
| 60. | | | | | Buy (add'l) | 11/04/19 | J | | |
| 61. | | | | | Buy (add'l) | 12/13/19 | J | | |
| 62. | | | | | Buy (add'l) | 12/18/19 | J | | |
| 63. | | | | | Sold (part) | 03/15/19 | J | | |
| 64. Cerence Inc. | | None | J | T | Spinoff (from line 218) | 09/16/19 | J | | |
| 65. | | | | | Buy (add'l) | 12/13/19 | J | | |
| 66. | | | | | Sold (part) | 10/02/19 | J | | |
| 67. Chevron common | A | Dividend | J | T | Buy (add'l) | 01/22/19 | J | | |
| 68. | | | | | Buy (add'l) | 04/17/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐   NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 69. | | | | | Buy<br>(add'l) | 12/20/19 | J | | |
| 70. Chubb Ltd | A | Dividend | J | T | Buy<br>(add'l) | 03/22/19 | J | | |
| 71. Cincinnati Financial Ohio | A | Dividend | J | T | Sold<br>(part) | 11/07/19 | J | A | |
| 72. | | | | | Sold<br>(part) | 11/14/19 | J | A | |
| 73. Cisco Systems | A | Dividend | J | T | Buy<br>(add'l) | 01/22/19 | J | | |
| 74. | | | | | Buy<br>(add'l) | 08/19/19 | J | | |
| 75. | | | | | Buy<br>(add'l) | 10/22/19 | J | | |
| 76. Citrix Systems Inc. | A | Dividend | J | T | | | | | |
| 77. Clearbridge Aggessive Growth (SAGYX) | B | Dividend | K | T | Buy<br>(add'l) | 12/12/19 | J | | |
| 78. CME Group | A | Dividend | J | T | Buy<br>(add'l) | 03/22/19 | J | | |
| 79. Coca Cola Co. | A | Dividend | J | T | | | | | |
| 80. Cohen & Steers Real Estate Securities (CSDIX) | A | Dividend | K | T | Buy | 02/22/19 | K | | |
| 81. Cogate Palmolive | A | Dividend | J | T | | | | | |
| 82. College Station TX Muni Bond | | None | | | Matured | 02/15/19 | J | | |
| 83. Comcasst (New) Cl A | A | Dividend | K | T | Buy<br>(add'l) | 01/18/19 | J | | |
| 84. Cree Research | | None | J | T | Buy<br>(add'l) | 10/31/19 | J | | |
| 85. Crown Castle Intl Corp | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. CVS Health Corp | A | Dividend | J | T | Sold (part) | 10/01/19 | J | | |
| 87. | | | | | Sold (part) | 11/05/19 | J | A | |
| 88. CyrusOne, Inc. | A | Dividend | J | T | Buy (add'l) | 06/10/19 | J | | |
| 89. | | | | | Sold (part) | 08/20/19 | J | A | |
| 90. | | | | | Sold (part) | 08/21/19 | J | A | |
| 91. | | | | | Sold (part) | 08/22/19 | J | A | |
| 92. Delta Airlines | A | Dividend | J | T | Buy | 04/01/19 | J | | |
| 93. Diageo ADR | A | Dividend | J | T | | | | | |
| 94. Discovery Communications Ser.A | | None | J | T | | | | | |
| 95. Dolby Cl A | A | Dividend | J | T | | | | | |
| 96. Dollar General Corp. | A | Dividend | J | T | Buy (add'l) | 01/22/19 | J | | |
| 97. | | | | | Sold (part) | 05/15/19 | J | A | |
| 98. | | | | | Sold (part) | 05/16/19 | J | A | |
| 99. Dominion Resources | A | Dividend | J | T | Buy (add'l) | 01/22/19 | J | | |
| 100. | | | | | Buy (add'l) | 06/10/19 | J | | |
| 101. Duke Energy | A | Dividend | J | T | Buy (add'l) | 06/11/19 | J | | |
| 102. Enterprise Bancorp common | B | Dividend | L | T | | | | | |

1 Income Gain Codes:   A =$1,000 or less   B =$1,001 - $2,500   C =$2,501 - $5,000   D =$5,001 - $15,000   E =$15,001 - $50,000
(See Columns B1 and D4)   F =$50,001 - $100,000   G =$100,001 - $1,000,000   H1 =$1,000,001 - $5,000,000   H2 =More than $5,000,000
2 Value Codes   J =$15,000 or less   K =$15,001 - $50,000   L =$50,001 - $100,000   M =$100,001 - $250,000
(See Columns C1 and D3)   N =$250,001 - $500,000   O =$500,001 - $1,000,000   P1 =$1,000,001 - $5,000,000   P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000   P4 =More than $50,000,000
3 Value Method Codes   Q =Appraisal   R =Cost (Real Estate Only)   S =Assessment   T =Cash Market
(See Column C2)   U =Book Value   V =Other   W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103.  Exxon Mobile common | A | Dividend | J | T | | | | | |
| 104.  Facebook Cl A | | None | K | T | Buy (add'l) | 01/22/19 | J | | |
| 105. | | | | | Buy (add'l) | 06/04/19 | J | | |
| 106. | | | | | Sold (part) | 11/08/19 | J | A | |
| 107.  Fastenal | A | Dividend | J | T | Buy (add'l) | 01/22/19 | J | | |
| 108.  Fidelity National Information Services | A | Dividend | J | T | | | | | |
| 109.  FireEye | | None | J | T | Buy | 05/30/19 | J | | |
| 110. | | | | | Buy (add'l) | 05/31/19 | J | | |
| 111. | | | | | Buy (add'l) | 07/31/19 | J | | |
| 112. | | | | | Buy (add'l) | 08/01/19 | J | | |
| 113. | | | | | Buy (add'l) | 07/15/19 | J | | |
| 114. | | | | | Buy (add'l) | 08/23/19 | J | | |
| 115. | | | | | Buy (add'l) | 08/26/19 | J | | |
| 116. | | | | | Buy (add'l) | 08/27/19 | J | | |
| 117.  Fluor Corp | A | Dividend | J | T | Buy (add'l) | 01/22/19 | J | | |
| 118. | | | | | Buy (add'l) | 06/11/19 | J | | |
| 119. | | | | | Buy (add'l) | 06/25/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 12/31/19 | J | | |
| 121. Franklin Resources, Inc. | A | Dividend | J | T | Buy (add'l) | 01/22/19 | J | | |
| 122. | | | | | Sold (part) | 12/31/19 | J | | |
| 123. Freeport-McMoran | A | Dividend | J | T | Buy (add'l) | 01/22/19 | J | | |
| 124. | | | | | Buy (add'l) | 06/25/19 | J | | |
| 125. Gartner Inc. | | None | J | T | | | | | |
| 126. GCI Liberty | | None | J | T | Buy | 01/22/19 | J | | |
| 127. General Dynamics | A | Dividend | | | Sold (part) | 04/01/19 | K | A | |
| 128. | | | | | Sold | 05/28/19 | J | A | |
| 129. Harding Loevner Intl Equity | C | Dividend | M | T | Buy (add'l) | 01/22/19 | J | | |
| 130. | | | | | Sold (part) | 05/02/19 | J | A | |
| 131. Hasbro, Inc. | A | Dividend | | | Buy (add'l) | 01/22/19 | J | | |
| 132. | | | | | Sold | 04/01/19 | J | A | |
| 133. Honeywell | | None | J | T | Sold (part) | 04/01/19 | J | A | |
| 134. Immunogen | | None | J | T | Buy (add'l) | 01/22/19 | J | | |
| 135. | | | | | Buy (add'l) | 06/11/19 | J | | |
| 136. | | | | | Buy (add'l) | 06/25/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. Ingersoll-Rand | A | Dividend | J | T | | | | | |
| 138. Intel | A | Dividend | J | T | Buy (add'l) | 01/22/19 | J | | |
| 139. International Flavors and Fragrances | | None | J | T | Buy | 11/27/19 | J | | |
| 140. | | | | | Buy (add'l) | 12/02/19 | J | | |
| 141. | | | | | Buy (add'l) | 12/03/19 | J | | |
| 142. Invesco Premier Inst | A | Dividend | J | T | Buy (add'l) | 06/11/19 | J | | |
| 143. | | | | | Buy (add'l) | 12/13/19 | J | | |
| 144. Ionis Pharmaceuticals | | None | J | T | Buy (add'l) | 05/08/19 | J | | |
| 145. | | | | | Sold (part) | 12/31/19 | J | | |
| 146. IQ Hedge Multi-Strat Tracker | A | Dividend | K | T | Buy (add'l) | 06/11/19 | J | | |
| 147. | | | | | Buy (add'l) | 12/13/19 | J | | |
| 148. iShares Core S&P US Growth | A | Dividend | J | T | Buy (add'l) | 06/25/19 | J | | |
| 149. | | | | | Buy (add'l) | 06/26/19 | J | | |
| 150. | | | | | Buy (add'l) | 12/31/19 | J | | |
| 151. | | | | | Sold (part) | 01/22/19 | K | A | |
| 152. iShares Core S&P 500 ETF | | None | K | T | Buy (add'l) | 12/31/19 | J | | |
| 153. | | | | | Sold (part) | 01/22/19 | K | B | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. iShares Russell 1000 | A | Dividend | J | T | Buy (add'l) | 12/31/19 | J | | |
| 155. | | | | | Sold (part) | 01/22/19 | J | A | |
| 156. Johnson & Johnson common | A | Dividend | K | T | Buy (add'l) | 01/22/19 | J | | |
| 157. | | | | | Buy (add'l) | 08/23/19 | J | | |
| 158. | | | | | Buy (add'l) | 10/08/19 | J | | |
| 159. | | | | | Buy (add'l) | 10/22/19 | J | | |
| 160. Johnson Controls | A | Dividend | J | T | Buy (add'l) | 01/22/19 | J | | |
| 161. JP Morgan Chase & Co. | A | Dividend | J | T | Buy (add'l) | 01/22/19 | J | | |
| 162. Kinder Morgan | A | Dividend | J | T | Buy (add'l) | 01/22/19 | J | | |
| 163. L-3 Technologies | A | Dividend | J | T | | | | | |
| 164. Linde PLC | A | Dividend | J | T | Buy (add'l) | 06/10/19 | J | | |
| 165. Lions Gate Entertainment | A | Dividend | J | T | Buy (add'l) | 01/22/19 | J | | |
| 166. | | | | | Buy (add'l) | 06/11/19 | J | | |
| 167. | | | | | Buy (add'l) | 06/25/19 | J | | |
| 168. | | | | | Buy (add'l) | 12/13/19 | J | | |
| 169. | | | | | Sold (part) | 12/31/19 | J | A | |
| 170. Lockheed Martin | A | Dividend | J | T | Buy (add'l) | 02/07/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting period | | D Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. Logmein Inc. | A | Dividend | | | Buy (add'l) | 01/22/19 | J | | |
| 172. | | | | | Buy (add'l) | 06/11/19 | J | | |
| 173. | | | | | Sold (part) | 06/25/19 | J | | |
| 174. | | | | | Sold | 06/26/19 | J | | |
| 175. Lord Abbett Sht Duration Inc (LDLFX) | B | Dividend | K | T | Buy (add'l) | 06/11/19 | J | | |
| 176. | | | | | Buy (add'l) | 12/13/19 | J | | |
| 177. Lowes Companies | A | Dividend | J | T | Buy (add'l) | 01/22/19 | J | | |
| 178. | | | | | Buy (add'l) | 08/05/19 | J | | |
| 179. | | | | | Buy (add'l) | 08/06/19 | J | | |
| 180. Lubbock Cooper TX Ind Sch Dist Bond | | None | | | Redeemed | 02/15/19 | J | | |
| 181. Manulife Financial common | A | Dividend | K | T | | | | | |
| 182. Marsh & McLennan | A | Dividend | J | T | Sold (part) | 02/07/19 | J | A | |
| 183. Mastercaard , Inc. Cl A | A | Dividend | J | T | Buy (add'l) | 04/24/19 | J | | |
| 184. Merger Fund | A | Dividend | J | T | | | | | |
| 185. Medtronic | A | Dividend | J | T | Buy (add'l) | 02/22/19 | J | | |
| 186. Merck & Co. | A | Dividend | J | T | | | | | |
| 187. Metropolitan West Tot Ret Bd I (MWTIX) | D | Dividend | M | T | Buy (add'l) | 05/09/19 | J | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 188. | | | | | Buy (add'l) | 06/11/19 | J | | |
| 189. | | | | | Buy (add'l) | 12/13/19 | J | | |
| 190. | | | | | Buy (add'l) | 12/18/19 | J | | |
| 191. | | | | | Sold (part) | 03/15/19 | J | | |
| 192. Microsoft common | A | Dividend | K | T | Sold (part) | 01/03/19 | J | A | |
| 193. | | | | | Sold (part) | 05/02/19 | J | A | |
| 194. | | | | | Sold (part) | 11/20/19 | J | B | |
| 195. | | | | | Sold (part) | 12/20/19 | J | A | |
| 196. Mondelez Intl Inc. | A | Dividend | J | T | | | | | |
| 197. Morgan Stanley Bank cash/MM account | A | Interest | J | T | | | | | |
| 198. MSCI Inc. | A | Dividend | J | T | Buy | 09/12/19 | J | | |
| 199. | | | | | Buy (add'l) | 09/13/19 | J | | |
| 200. | | | | | Buy (add'l) | 09/16/19 | J | | |
| 201. | | | | | Buy (add'l) | 09/17/19 | J | | |
| 202. National Oilwell Varco | A | Dividend | J | T | Buy (add'l) | 01/22/19 | J | | |
| 203. | | | | | Buy (add'l) | 06/11/19 | J | | |
| 204. | | | | | Buy (add'l) | 06/25/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 205. | | | | | Sold<br>(part) | 12/31/19 | J | | |
| 206.  Nestle Spon ADR | A | Dividend | J | T | Buy<br>(add'l) | 01/22/19 | J | | |
| 207.  Newmarket Corp | A | Dividend | | | Buy<br>(add'l) | 01/22/19 | J | | |
| 208. | | | | | Sold | 04/01/19 | J | | |
| 209. | | | | | Sold<br>(part) | 08/05/19 | J | A | |
| 210. | | | | | Sold | 08/06/19 | J | A | |
| 211.  Nextera Energy | A | Dividend | J | T | Sold<br>(part) | 07/01/19 | J | A | |
| 212.  Nike Inc. B | A | Dividend | K | T | Sold<br>(part) | 05/02/19 | J | A | |
| 213. | | | | | Sold<br>(part) | 05/03/19 | J | B | |
| 214.  Norfolk Southern | A | Dividend | J | T | | | | | |
| 215.  Now Inc | | None | J | T | Buy | 01/22/19 | J | | |
| 216. | | | | | Buy<br>(add'l) | 12/13/19 | J | | |
| 217. | | | | | Sold<br>(part) | 12/31/19 | J | | |
| 218.  Nuance Communications Inc. | | None | J | T | Buy<br>(add'l) | 01/22/19 | J | | |
| 219.  Nucor Corp | A | Dividend | J | T | | | | | |
| 220.  Nuveen Santa Barbara Div Gr I | A | Dividend | J | T | Sold<br>(part) | 03/15/19 | J | A | |
| 221.  Nvidia Corp | A | Dividend | | | Buy<br>(add'l) | 01/22/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | C Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D Transactions during reporting period (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. | | | | | Sold | 02/26/19 | J | | |
| 223. Occidental Petroleum | | None | J | T | Buy | 12/13/19 | J | | |
| 224. | | | | | Sold (part) | 12/31/19 | J | | |
| 225. Oracle Corp | A | Dividend | | | Sold (part) | 10/24/19 | J | A | |
| 226. | | | | | Sold (part) | 10/25/19 | J | A | |
| 227. | | | | | Sold | 10/28/19 | J | A | |
| 228. O'Reilly Automotive New | | None | J | T | Sold (part) | 01/02/19 | J | A | |
| 229. | | | | | Sold (part) | 01/03/19 | J | A | |
| 230. | | | | | Sold (part) | 04/23/19 | J | B | |
| 231. Paccar Inc | A | Dividend | J | T | Buy (add'l) | 01/22/19 | J | | |
| 232. | | | | | Sold (part) | 04/01/19 | J | A | |
| 233. Packaging Corp | A | Dividend | J | T | Sold (part) | 11/21/19 | J | A | |
| 234. | | | | | Sold (part) | 11/22/19 | J | A | |
| 235. Paychex | A | Dividend | J | T | Buy (add'l) | 01/22/19 | J | | |
| 236. PayPal Holdings | | None | J | T | Buy | 01/02/19 | J | | |
| 237. | | | | | Buy (add'l) | 01/03/19 | J | | |
| 238. | | | | | Buy (add'l) | 02/26/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 239.  Pentair | A | Dividend | J | T | Buy<br>(add'l) | 01/22/19 | J | | |
| 240. | | | | | Buy<br>(add'l) | 06/11/19 | J | | |
| 241. | | | | | Buy<br>(add'l) | 06/25/19 | J | | |
| 242.  Pepsico common | A | Dividend | J | T | | | | | |
| 243.  Pfizer Inc. | A | Dividend | J | T | Buy<br>(add'l) | 09/04/19 | J | | |
| 244. | | | | | Sold<br>(part) | 01/03/19 | J | A | |
| 245. | | | | | Sold<br>(part) | 01/18/19 | J | A | |
| 246.  PGIM Short-term Corp.Bond | A | Dividend | J | T | Buy<br>(add'l) | 05/09/19 | J | | |
| 247. | | | | | Buy<br>(add'l) | 12/18/19 | J | | |
| 248. | | | | | Sold<br>(part) | 03/15/19 | J | | See Part VIII |
| 249.  Philip Morris | A | Dividend | J | T | Buy<br>(add'l) | 01/18/19 | J | | |
| 250. | | | | | Buy<br>(add'l) | 01/22/19 | J | | |
| 251. | | | | | Buy<br>(add'l) | 03/22/19 | J | | |
| 252. | | | | | Buy<br>(add'l) | 10/01/19 | J | | |
| 253.  Phillips 66 | A | Dividend | J | T | Buy<br>(add'l) | 01/18/19 | J | | |
| 254.  PNC Financial Services | A | Dividend | J | T | Buy | 01/08/19 | J | | |
| 255. | | | | | Buy<br>(add'l) | 01/09/19 | J | | |

| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 256. | | | | | Buy<br>(add'l) | 03/22/19 | J | | |
| 257. Principal Mid Cap (PMCPX) | C | Distribution | L | T | | | | | |
| 258. Procter & Gamble common | A | Dividend | J | T | | | | | |
| 259. Qurate Retail Group | | None | J | T | Buy<br>(add'l) | 01/22/19 | J | | |
| 260. | | | | | Buy<br>(add'l) | 06/11/19 | J | | |
| 261. | | | | | Buy<br>(add'l) | 06/25/19 | J | | |
| 262. | | | | | Buy<br>(add'l) | 12/13/19 | J | | |
| 263. | | | | | Sold<br>(part) | 12/31/19 | J | | |
| 264. Realty Income Group | A | Dividend | J | T | Sold<br>(part) | 01/07/19 | J | A | |
| 265. | | | | | Sold<br>(part) | 07/02/19 | J | A | |
| 266. Regeneron Pharmaceuticals | | None | J | T | Buy<br>(add'l) | 01/22/19 | J | | |
| 267. | | | | | Sold<br>(part) | 05/02/19 | J | | |
| 268. | | | | | Sold<br>(part) | 12/31/19 | J | | |
| 269. Salesforce.com | | None | J | T | Buy | 11/01/19 | J | | |
| 270. | | | | | Buy<br>(add'l) | 11/04/19 | J | | |
| 271. Schlumberger Ltd | A | Dividend | | | Buy<br>(add'l) | 01/03/19 | J | | |
| 272. | | | | | Sold | 06/10/19 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2 Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3 Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e g, div, rent, or int) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e g, buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 273. Seagate TechnologyPLC | A | Dividend | J | T | Buy (add'l) | 01/22/19 | J | | |
| 274. ServiceNow Inc. | | None | J | T | Buy | 11/11/19 | J | | |
| 275. | | | | | Buy (add'l) | 11/15/19 | J | | |
| 276. Starbucks Corp | A | Dividend | J | T | Sold (part) | 04/01/19 | J | A | |
| 277. | | | | | Sold (part) | 04/17/19 | J | A | |
| 278. | | | | | Sold (part) | 09/13/19 | J | B | |
| 279. Stericycle,Inc. common | | None | J | T | | | | | |
| 280. Target Corp | A | Dividend | J | T | | | | | |
| 281. TE Connectivity | A | Dividend | J | T | | | | | |
| 282. Texas Instruments | A | Dividend | J | T | Buy (add'l) | 01/22/19 | J | | |
| 283. | | | | | Buy (add'l) | 04/01/19 | J | | |
| 284. | | | | | Sold (part) | 02/22/19 | J | | |
| 285. Twitter Inc. | | None | J | T | Buy (add'l) | 02/07/19 | J | | |
| 286. | | | | | Buy (add'l) | 03/28/19 | J | | |
| 287. | | | | | Buy (add'l) | 10/21/19 | J | | |
| 288. | | | | | Sold (part) | 12/31/19 | J | | |
| 289. Union Pacific common | A | Dividend | J | T | | | | | |

| 1 Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset<br>exempt from prior disclosure | B<br>Income during<br>reporting period | | C<br>Gross value at end<br>of reporting period | | D<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e g ,<br>div , rent,<br>or int ) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e g ,<br>buy, sell,<br>redemption) | (2)<br>Date<br>mm/dd/yy | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 290.  UnitedHealth Group | A | Dividend | K | T | Sold<br>(part) | 12/20/19 | J | A | |
| 291.  United Parcel Service | A | Dividend | J | T | Buy<br>(add'l) | 01/22/19 | J | | |
| 292.  Vanguard FTSE Dev Mkts | A | Dividend | | | Sold | 01/22/19 | J | A | |
| 293.  Verizon Communications common | A | Dividend | J | T | | | | | |
| 294.  Vertex Pharmaceuticals | | None | J | T | | | | | |
| 295.  Virtus Insight Emrg Mkts (HIEMX) | B | Distribution | K | T | | | | | |
| 296.  Visa Inc. Cl A | A | Dividend | K | T | Sold<br>(part) | 05/02/19 | J | A | |
| 297.  Voya Global RE (IGLIX) | A | Dividend | | | Sold | 02/22/19 | K | A | |
| 298.  Walt Disney Co Holding Co | A | Dividend | J | T | Buy<br>(add'l) | 06/10/19 | J | | |
| 299.  Weatherford Intl | | None | | | Sold | 05/15/19 | J | | |
| 300.  WEC Energy Group Inc. | A | Dividend | J | T | | | | | |
| 301.  Wells Fargo & Co New | A | Dividend | J | T | Buy<br>(add'l) | 01/22/19 | J | | |
| 302.  Wells Fargo Muni Bond Fund (WMBIX) | C | Dividend | M | T | | | | | |
| 303.  Western Digital Corp | | None | J | T | Buy<br>(add'l) | 01/22/19 | J | | |
| 304. | | | | | Buy<br>(add'l) | 06/11/19 | J | | |
| 305. | | | | | Buy<br>(add'l) | 11/20/19 | J | | |
| 306.  Whirlpool Corp | A | Dividend | | | Sold | 03/25/19 | J | A | |

| | | | | |
|---|---|---|---|---|
| 1  Income Gain Codes:<br>(See Columns B1 and D4) | A =$1,000 or less<br>F =$50,001 - $100,000 | B =$1,001 - $2,500<br>G =$100,001 - $1,000,000 | C =$2,501 - $5,000<br>H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000<br>H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2  Value Codes<br>(See Columns C1 and D3) | J =$15,000 or less<br>N =$250,001 - $500,000<br>P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000<br>O =$500,001 - $1,000,000 | L =$50,001 - $100,000<br>P1 =$1,000,001 - $5,000,000<br>P4 =More than $50,000,000 | M =$100,001 - $250,000<br>P2 =$5,000,001 - $25,000,000 | |
| 3  Value Method Codes<br>(See Column C2) | Q =Appraisal<br>U =Book Value | R =Cost (Real Estate Only)<br>V =Other | S =Assessment<br>W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| O'Toole, George A. | 05/15/2020 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A | B | | C | | D | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Description of Assets (including trust assets) | Income during reporting period | | Gross value at end of reporting period | | Transactions during reporting period | | | | |
| Place "(X)" after each asset exempt from prior disclosure | (1) Amount Code 1 (A-H) | (2) Type (e g , div , rent, or int ) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e g , buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307.  Zoetis Inc. Cl A | A | Dividend | J | T | Sold (part) | 05/02/19 | J | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1 Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2 Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3 Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| O'Toole, George A. | 05/15/2020 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1.  The trust identified in Part I is a          trust. All the assets held in the trust are reported individually in Part VII but are not specifically identified in that Part to the trust.

2.  PGIM (line 246) was previously known and reported as Prudential Short Term Corp. Bond Z.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ George A. O'Toole**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544